IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBRA A. CUNNINGHAM,** )  )  **Plaintiff,** )  ) vs. ) ) **SPRINGHILL MEMORIAL HOSPITAL,** ) ) **Defendant.** ) | **CIVIL ACTION NO. 05-0716-CG-M** |

## ORDER

On January 9, 2006 the plaintiff was ordered to pay the filing fee of $250.00 by February 8, 2006, and was warned that failure to pay the fee would result in dismissal of this action for failure to prosecute.  On February 21, 2006, the Magistrate granted the plaintiff's motion for extension of time, and gave the plaintiff until April 21, 206 to pay the filing fee  (Doc. 5); however, to date such fee has not been paid.

Therefore, due to the plaintiff's failure to comply with the court's order and to prosecute this action, and upon consideration of the alternatives that are available to the court, it is **ORDERED** that this action be **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the court's orders and to prosecute this action. See  Link v. Wabash R. R., 370 U.S. 626, 630, 82 S.Ct. 1836, 8 L.Ed.2d 734 (1962) (interpreting Rule 41(b) not to restrict the court's inherent authority to dismiss sua sponte an action for lack of prosecution);

**DONE and ORDERED** this 13th day of June, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE